UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

JASON DARNELL CHRISTON,

                  Plaintiff,

v.                                              Case No. 17-cv-1191-pp

RACINE COUNTY JAIL,

                  Defendant.

_____

**ORDER DISMISSING CASE**

_____

On September 1, 2017, plaintiff Jason Darnell Christon filed a *pro se* complaint under 42 U.S.C. §1983, along with a motion for leave to proceed without prepayment of the filing fee. Dkt. Nos. 1, 2. He did not file a certified copy of his prisoner trust account statement for the six-month period prior to the date he filed his complaint.

On September 1, 2017, the clerk's office sent the plaintiff a letter, asking him to file his trust account statement within twenty-one days. Dkt. No. 3. The plaintiff failed to submit his trust account statement within that time period, and Judge Nancy Joseph entered an order on October 4, 2017 that directed the plaintiff either to pay the $400.00 filing fee for this case or submit a certified copy of his prison trust account statement by October 27, 2017. Dkt. No. 5. That order warned the plaintiff that failure to do one or the other of those things could result in the dismissal of this case for failure to prosecute. Id.

To date, the court has not received the filing fee for this case or the plaintiff's prison trust account statement, which the court needs to determine whether the plaintiff may proceed without prepayment of the filing fee.

The court **DISMISSES** this case without prejudice for failure to prosecute. The clerk of court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 7th day of November, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**